**Order entered April 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01226-CV

### IN THE MATTER OF THE MARRIAGE OF DELMA DOMAGALSKI AND HENRY DOMAGALSKI

**On Appeal from the 256th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-13-0889-Z**

## ORDER

We **REINSTATE** this appeal.

In an order dated February 18, 2014, we ordered the trial court to make findings of fact and conclusions of law within thirty days and for a supplemental clerk's record with those findings of fact and conclusions of law to be filed within forty-five days. The trial court signed findings of fact and conclusions of law on March 17, 2014. However, the requested supplemental clerk's record has not been filed. Accordingly, we **ORDER** Gary Fitzsimmons, Dallas County District Clerk, to file, **on or before APRIL 18, 2014**, a supplemental clerk's record containing the trial court's findings of fact and conclusions of law.

We **DIRECT** the clerk of this Court to send a copy of this order by electronic transmission to Gary Fitzsimmons and all counsel of record.

/s/    ADA BROWN
        JUSTICE